AO 91 (Rev. 08/09)   Criminal Complaint

**FILED**

August 10, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Joseph Hinojos

DEPUTY

# UNITED STATES DISTRICT COURT
for the
**Western District of Texas**
Pecos Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **PE: 26-MJ-300** |
| Victor Hugo CARDENAS Torres | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   08/06/2026   in the county of   Presidio   in the
WESTERN DISTRICT OF TEXAS   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546 | knowingly uttered, used, attempted to use, possessed, obtained, accepted, or received any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Noel Madrid*
*Complainant's signature*

Noel Madrid, CBP Enforcement Officer
*Printed name and title*

Complaint sworn to in my presence and signed
electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)



*Judge's signature*

Date:   08/10/2026

City and state:   Alpine, Texas

Honorable Judge David B. Fannin
*Printed name and title*

AFFIDAVIT

On August 6, 2026, at approximately 1057hrs, the DEFENDANT, CARDENAS Torres, Victor Hugo, a native and citizen of Mexico, applied for admission at the Presidio, TX Port of Entry via taxi presenting a Non-Immigrant Visa Foil with a Mexican Passport in his name. The CBP Officer queried the document in the visa in the computer database and which returned with no photograph of the subject and negative results. The CBP Officer examined the Non-Immigrant Visa closely identifying discrepancies to the visa. The CBP Officer identified that visa was not completely glued to the passport page.  The CBP Officer also identified the blue ink of the admission stamp in the passport was of a different color.  The CBP Officer asked the Defendant if the visa he had presented belonged to him and the DEFENDANT stated yes. The CBP Officer asked the DEFENDANT where he had obtained the visa from.  The DEFENDANT stated he had obtained it in Ciudad Juarez, Mexico through a lawyer and had paid $1,500.00 dollars.  CBP Officer referred the vehicle with both occupants into vehicle to secondary for further inspection.

In vehicle secondary, the CBP Officer asked the DEFENDANT if the visa he had presented belong to him. The DEFENDANT stated the visa was his and had obtained it in Ciudad Juarez, Chih. Mexico.  The CBP Officer escorted the DEFENDANT into Passport Control Hard Secondary for questioning.

In Passport Control hard secondary, the CBP Officer examined the Non-Immigrant Visa and immediately identified the visa to be counterfeit.  The DEFENDANT was immediately served with Form I-214, Warning as to Rights in Spanish by CBP Officer which the DEFENDANT understood and signed voluntarily. The DEFENDANT readily admitted that the Non-Immigrant Visa was in fact counterfeit and had purchased the visa from an unknown male subject in Ciudad Juarez, Chih, Mexico for approximately $3,500.00 dollars. The DEFENDANT admitted that he had heard through a friend of a person who could get visas for people. The DEFENDANT made the effort to obtain the contact information of the vendor. The process to obtain the visa was all through cellphone.  The DEFENDANT was asked to provide a picture of himself and his Mexican ID and birth certificate.  The DEFENDANT admitted he was told by the document provider that he would be able to make entry with the visa he was going to provide him with. The DEFENDANT admitted that he was aware what the proper procedure to obtain a visa was and continued to state that the visas were issued at the American Consulate which he stated he did not go to. The DEFENDANT stated that he had heard from family and friends that the process of obtaining a visa was too long and many visas were denied. The DEFENDANT admitted that his purpose of travel to Odessa, TX to visit friends he had met in Mexico and to celebrate his birthday.

**Immigration Record:**
None

**Criminal Record:**
None

Noel Madrid
CBP Enforcement Officer
U.S. Customs and Border Protection